IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL C. MARTIN,<br><br>  Plaintiff,<br>v.<br><br>PINEAPPLE GREENHOUSE, INC.,<br><br>  Defendant. | REPORT AND RECOMMENDATION<br><br>Case No. 2:18-cv-82 DB BCW<br><br>District Judge Dee Benson<br><br>Magistrate Judge Brooke Wells |

On September 25, 2018, the undersigned entered a Report and Recommendation recommending this action be dismissed for failure to state a claim upon which relief may be granted.[1] Plaintiff, Michael C. Martin *pro se*, then filed a motion for additional time to amend the deficient complaint.[2] The court granted Mr. Martin's motion and gave him fourteen (14) days from the date of that order, entered on October 12, 2018, to amend his complaint and to file any opposition to the court's Report and Recommendation. To date, Mr. Martin has failed to amend his complaint or file any opposition.

Accordingly, the undersigned recommends that this matter be dismissed for the original reasons articulated in its Report and Recommendation.

DATED this 2 November 2018.

_____
Brooke C. Wells
United States Magistrate Judge

---

[1] ECF No. 9.

[2] ECF No. 10.

## NOTICE

The Court will send copies of this Report and Recommendation to all parties, who are hereby notified of their right to object.[3] The parties must file any objection to this Report and Recommendation within fourteen (14) days of service thereof.[4] Failure to object may constitute waiver of the objections upon subsequent review.

---

[3] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

[4] *Id.*